DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
Mitchell A. Frank
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | | |
|---|---|---|
| CONOPCO, INC. D/B/A UNILEVER | : | |
| Plaintiff, | : | |
| | : | Rule 7.1 Disclosure Statement of Plaintiff |
| -against- | : | |
| WELLS ENTERPRISES, INC. | : | |
| | : | Case No.: 14-cv-6210 |
| Defendant. | : | |

---------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Conopco, Inc. d/b/a Unilever (a private non-governmental corporate party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which is publicly held and/or own 10% or more of the said party's stock:

Unilever N.V. and Unilever PLC

Dated: New York, New York

August 25, 2014

                                      DUANE MORRIS LLP

                          By: /s/ Gregory P. Gulia
                                Gregory P. Gulia
                                Vanessa C. Hew
                                Mitchell A. Frank
                                1540 Broadway
                                New York, New York  10036-4086
                                (212) 692-1000

                                Attorneys for Plaintiff
                                Conopco, Inc. d/b/a Unilever