AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| CONOPCO, INC. d/b/a UNILEVER | ) | |
| *Plaintiff* | ) ) | **JUDGE RAMOS** |
| v. | ) | Civil Action No. |
| WELLS ENTERPRISES, INC. | ) ) | **14 CV 6210** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wells Enterprises, Inc.
One Blue Bunny Drive
Le Mars, Iowa 51031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory P. Gulia
Vanessa C. Hew
Duane Morris LLP
1540 Broadway
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: AUG 0 6 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No. **14 CV 6210**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **Wells Enterprises, Inc.**
was received by me on **August 11, 2014**

☐ I personally served the Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand, Exhibits 1 - 5, Exhibit 1 (on CD), Exhibit 3 (on CD) on the individual at , , on 2:05 PM

☐ I left the Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand, Exhibits 1 - 5, Exhibit 1 (on CD), Exhibit 3 (on CD) at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand, Exhibits 1 - 5, Exhibit 1 (on CD), Exhibit 3 (on CD) to **Kelly K. Salker - Associate General Counsel**, who is designated by law to accept service of process on behalf of **Wells Enterprises, Inc.** on **August 12, 2014 2:05 PM**

☐ I returned the Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand, Exhibits 1 - 5, Exhibit 1 (on CD), Exhibit 3 (on CD) unexecuted because;

other *(specify)*:

My fees are $ .00 for travel and $ 209.90 for services, for a total of $ 209.90

I declare under penalty of perjury that this information is true.

Date: 8/18/2014

*Server's signature*

**Kellie Harmon**
*Printed name and title*

Contracted by
10005 Old Columbia Rd, Suite M-150,
Columbia, MD 21046
(800) 228-0484
*Server's Address*

A0440-P102027