**MEMO ENDORSED**

# Frankfurt Kurnit Klein + Selz PC

Beth I. Goldman

488 Madison Avenue, New York, New York 10022

T (212) 705 4817    F (347) 438 2095

bgoldman@fkks.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/2/2014

September 2, 2014

The application is ✓ granted.
___ denied.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: 9/2/14
New York, New York 10007

**BY FACSIMILE (212-805-7943)**

Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square, Room 619
New York, New York 10007-1312

Re:  *Conopco, Inc. (d/b/a Unilever) v. Wells Enterprises, Inc.* Case No. 14-cv-6210

Dear Judge Ramos:

We represent the Defendant, Wells Enterprises, Inc. ("Wells"), in the above-captioned matter. We write pursuant to Your Honor's Individual Practices, paragraph 1E, to request that Wells's deadline to answer or otherwise respond to the Complaint filed in the above-captioned matter be extended twenty (20) days from today, September 2, 2014 to September 22, 2014. The reason for the request is that the parties are planning to participate in a Settlement Conference before Judge Ellis currently scheduled for September 10, 2014 in another case, *Conopco, Inc. d/b/a Unilever v. Wells Enterprises, Inc.* (Case No. 14 Civ. 2223-NRB-RLE), that may address issues relevant to the matter pending before this Court.

Opposing counsel has consented to extend the deadline. The parties therefore agree and stipulate to the proposed extension of time to answer or otherwise respond to the Complaint.

This is the parties' first request for an adjournment in this matter and no other deadlines have been scheduled.

Thank you for your consideration.

Respectfully submitted,

*[signature: Beth]*

Beth I. Goldman

cc:   Natalie Hanlon-Lei, Esq. (via email)
      Gregory Gulia, Esq. (via email)