**MEMO ENDORSED**

# Frankfurt Kurnit Klein + Selz PC

Beth I. Goldman

488 Madison Avenue, New York, New York 10022

T (212) 705 4817    F (347) 438 2095

bgoldman@fkks.com

September 19, 2014

The application is  ✓ granted.
                    __ denied.

_____
Edgardo Ramos, U.S.D.J.
Dated: 9/19/14
New York, New York 10007

**BY FACSIMILE (212-805-7943)**

Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square, Room 619
New York, New York 10007-1312

MEMO ENDORSED

Re:  *Conopco, Inc. (d/b/a Unilever) v. Wells Enterprises, Inc.* **Case No. 14-cv-6210**

Dear Judge Ramos:

We represent the Defendant, Wells Enterprises, Inc. ("Wells"), in the above-captioned matter. We write pursuant to Your Honor's Individual Practices, paragraph 1E, to request that Wells's deadline to answer or otherwise respond to the Complaint filed in the above-captioned matter be extended two weeks from the current deadline of September 22, 2014 to October 6, 2014. The reason for the request is that the parties are continuing settlement discussions with the assistance of Judge Ellis in another case, *Conopco, Inc. d/b/a Unilever v. Wells Enterprises, Inc.* (Case No. 14 Civ. 2223-NRB-RLE), that may address issues relevant to the matter pending before this Court.

Opposing counsel has consented to extend the deadline. The parties therefore agree and stipulate to the proposed extension of time to answer or otherwise respond to the Complaint.

This is the parties' second request for an adjournment in this matter and no other deadlines have been scheduled.

Thank you for your consideration.

Respectfully submitted,

*Beth Goldman* /jma

Beth I. Goldman

cc:   Natalie Hanlon-Leh, Esq. (via email)
      Gregory Gulia, Esq. (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/19/2014