IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>   Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.<br><br>   Defendant. | Case No.: 14-cv-6210<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant Wells Enterprises, Inc. ("Wells") state that Wells has no parent corporation, and that no publicly held corporation owns more than ten percent (10%) of Wells' stock.

Dated: October 6, 2014

Respectfully Submitted,

/s/ Beth I. Goldman
Richard Kurnit
Edward H. Rosenthal
Beth I. Goldman
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, New York 10022
Telephone: 212-980-0120
Facsimile: 212-593-9175
rkurnit@fkks.com
bgoldman@fkks.com

Natalie Hanlon-Leh (*pro hac vice* to be filed)
Marc C. Levy (*pro hac vice* to be filed)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Telephone: 303-607-3500
Facsimile: 303-607-3600
natalie.hanlonleh@faegreBD.com
marc.levy@faegreBD.com

Kathryn A. Feiereisel (*pro hac vice* to be filed)
Faegre Baker Daniels LLP
311 South Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 212-6500
Facsimile: (312) 212-6501
katie.feiereisel@faegreBD.com

*Counsel for Defendant-Counterclaimant*
*Wells Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I electronically filed the foregoing RULE 7.1 STATEMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following persons at the given email addresses:

Gregory P. Gulia
Vanessa C. Hew
Mitchell A. Frank
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone:   (212) 692-1000
Facsimile:   (212) 692-1020

*s/   Beth Goldman*