DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
Mitchell A. Frank
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiff
CONOPCO, INC. D/B/A UNILEVER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/20/2015

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>              Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>              Defendant. | Case No.: 1:14-cv-06210-ER<br><br>[PROPOSED] CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER |

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case is to be tried to a jury.

3. Joinder of additional parties must be accomplished by February 13, 2015.

4. Amended pleadings may be filed until February 13, 2015.

5. Interrogatories shall be served no later than March 2, 2015, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall apply to this case.

6. First request for production of documents, if any, shall be served no later than March 2, 2015.

7. Non-expert depositions shall be completed by April 30, 2015.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than April 30, 2015.

9. Requests to Admit, if any, shall be served no later than March 2, 2015.

10. Expert reports shall be served no later than May 8, 2015.

11. Rebuttal expert reports shall be served no later than June 8, 2015.

12. Expert depositions shall be completed by July 14, 2015.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY JULY 14, 2015.**

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. James C. Francis IV.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for __July 15, 2015__, at __11:00am__. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
       January 14, 2015

                                   _____
                                   Edgardo Ramos, U.S. District Judge

DM2\5282576.2