IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.<br><br>      Defendant | Case No.: 1:14-cv-06210-ER<br><br>**MOTION TO WITHDRAW**<br>***PRO HAC VICE*** **COUNSEL OF RECORD** |

Pursuant to Local Civil Rule 1.4, of the United States District Court for the Southern District of New York, Defendant/Counterclaim Defendant, Wells Enterprises, Inc. ("Wells"), by its attorneys, respectfully request that this Court grant Marc C. Levy and Kathryn A. Feiereisel leave to withdraw their *pro hac vice* appearances as counsel of record.  Ms. Feiereisel and Mr. Levy were previously admitted on December 31, 2014 (Docs. 14 and 15, respectively).  Wells is currently represented in this case by Natalie Hanlon-Leh of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and the law firm of Frankfurt Kurnit Klein & Selz, P.C.  An affidavit of Marc C. Levy in support of this motion will be filed under separate cover.

Dated: April 20, 2015                             *s/ Marc C. Levy*

                                                            Marc C. Levy (*pro hac vice*)
                                                            Faegre Baker Daniels LLP
                                                            3200 Wells Fargo Center
                                                            1700 Lincoln Street
                                                            Denver, CO 80203-4532
                                                            Telephone: (303) 607-3500
                                                            Facsimile: (303) 607-3600
                                                            marc.levy@faegreBD.com

        Kathryn A. Feiereisel (*pro hac vice*)
        Faegre Baker Daniels LLP
        311 South Wacker Drive, Suite 4400
        Chicago, IL 60606
        Telephone: (312) 212-6500
        Facsimile: (312) 212-6501
        katie.feiereisel@faegreBD.com

        *Counsel for Defendant Wells Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015, I served the foregoing **MOTION TO WITHDRAW *PRO HAC VICE* COUNSEL OF RECORD** by electronic mail and first class mail to the following persons at the given addresses:

Gregory P. Gulia
Vanessa C. Hew
Mitchell A. Frank
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086

Wells Enterprises, Inc.
One Blue Bunny Drive
Le Mars, IA 51031

        *s/Amy S. Titus*