IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.<br><br>  Defendant | Case No.: 1:14-cv-06210-ER<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW *PRO HAC VICE* COUNSEL OF RECORD** |

Marc C. Levy, declare and state as follows:

1. I file this affidavit in support of the Motion to Withdraw *Pro Hac* Vice Counsel of Record.

2. I am a partner at the firm of Faegre Baker Daniels LLP. I am a *pro hac vice* attorney of record in this matter representing the defendant Wells Enterprises, Inc., ("Wells") in this action. I have personal knowledge of the following facts on which I am competent to testify:

3. I was admitted *pro hac vice* on December 31, 2014 (Dkt. No. 15) to represent defendant Wells in this matter.

4. Kathryn A. Feiereisel was admitted *pro hac vice* on December 31, 2014 (Dkt. No. 14) to represent defendant Wells in this matter.

5. I was recently informed that defendant Wells would be transferring representation in this case to Natalie Hanlon Leh of the law firm of Wilmer Cutler Picker Hale and Dorr LLP, who is currently counsel of record.

6. Defendant Wells is also currently represented by local counsel Edward Rosenthal and Beth Goldman of the law firm of Frankfurt Kurbut Klein & Selz, P.C.

_____
Marc C. Levy

Sworn to before me this 20th day of April, 2015.

_____
Notary Public

My Commission Expires: 02/29/16

*[Notary seal: Amy S. Titus, Notary Public, State of Colorado. My Commission Expires February 29, 2016]*