NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
PERSONAL FAX: 212.202.6014
E-MAIL: gpgulia@duanemorris.com

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

April 30, 2015

**BY ECF**

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

Re: *Conopco, Inc. v. Wells Enterprises, Inc.*
    **(Civil Action No.: 14 CV 6210) (ER)**

Dear Judge Ramos:

We submit this letter on behalf of the parties, plaintiff Conopco, Inc. and defendant Wells Enterprises, Inc., to respectfully request the Court to continue the case deadlines set forth in the Court's order dated January 20, 2015 by 45 days as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Non-expert depositions** | April 30, 2015 | June 15, 2015 |
| **Further interrogatories, including expert interrogatories** | April 30, 2015 | June 15, 2015 |
| **Expert reports** | May 8, 2015 | June 22, 2015 |
| **Rebuttal expert reports** | June 8, 2015 | July 23, 2015 |
| **Expert depositions** | July 14, 2015 | August 28, 2015 |

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020

Hon. Edgardo Ramos
April 30, 2015
Page 2

DuaneMorris

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **All discovery shall be completed by** | July 14, 2015 | August 28, 2015 |
| **Case management conference** | July 15, 2015 at 11:00 a.m. | approximately August 31, 2015 depending on the Court's availability |

    This request is the parties' first request to extend the deadlines set forth in the Court's January 20, 2015 order. This requested extension is not being sought for the purpose of delay. Indeed, the parties have attempted to diligently prosecute this action and conduct discovery as well as pursue an amicable resolution of the matter. Both parties have exchanged their initial disclosures and both parties have served written discovery requests and responses (including document requests, interrogatories and requests for admission). However, while the parties have been diligently searching their records for documents responsive to the document requests, neither party has produced responsive documents to the other party. Moreover, while the parties expect to serve documents and conduct depositions shortly, the current discovery schedule does not afford sufficient time to take depositions and to complete discovery. Thus, the parties, by and through their attorneys of record, hereby stipulate and request that the aforementioned dates set forth in the Court's January 20, 2015 order be continued as set forth above.

    We thank Your Honor for your consideration of this request.

Respectfully submitted,

Greg Gulia AC
Gregory P. Gulia

GPG:slj

cc:   Natalie Hanlon-Leh, Esq. (by E-mail)
       Beth Ilana Goldman, Esq. (by E-mail)
       Christopher Noyes, Esq. (by E-mail)

DM2\5606282.1