UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>Defendant. | Case No.: 1:14-cv-06210-ER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/15/2015 |

### [PROPOSED] ORDER TO EXTEND TIME

Further to the parties' stipulation to extend time, it is hereby ordered that all deadlines set forth in the Court's April 30, 2015 order shall be extended by 60 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-expert depositions | June 15, 2015 | August 14, 2015 |
| Further interrogatories, including expert interrogatories | June 15, 2015 | August 14, 2015 |
| Expert reports | June 22, 2015 | August 21, 2015 |
| Rebuttal expert reports | June 23, 2015 | August 24, 2015 |
| Expert depositions | August 28, 2015 | October 26, 2015 |
| All discovery shall be completed by | August 28, 2015 | October 26, 2015 |
| Case management conference | September 9, 2015 | November 12, 2015 at 11:00 am |

**SO ORDERED**

Dated: June 15, 2015

_____
Edgardo Ramos
United States District Judge

DM2\5716124.1