UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>        Defendant. | Case No.: 14 CV 6210<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC # _____<br>DATE FILED: \_8/10/2015\_ |

## ~~[PROPOSED]~~ REVISED SCHEDULING ORDER

Further to the parties' letter to the Court dated August 7, 2015, it is hereby ordered that all deadlines set forth in the Court's June 15, 2015 order shall be extended by 30 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Non-expert depositions** | August 14, 2015 | September 14, 2015 |
| **Further interrogatories, including expert interrogatories** | August 14, 2015 | September 14, 2015 |
| **Expert reports** | August 21, 2015 | September 21, 2015 |
| **Rebuttal expert reports** | August 24, 2015 | September 24, 2015 |
| **Expert depositions** | October 26, 2015 | November 25, 2015 |
| **All discovery shall be completed by** | October 26, 2015 | November 25, 2015 |
| **Case management conference** | November 12, 2015 at 11:00 a.m. | December 11, 2015 at 11:00 a.m. |

**SO ORDERED**

Dated: \_August 10, 2015_____

                                                          Hon. Edgardo Ramos

DM2\6029572.1