## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER,<br><br>                    Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>                    Defendant. | Case No.: 14 CV 6210<br><br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC # _____<br>DATE FILED:  9/14/2015 |

### ~~[PROPOSED]~~ REVISED SCHEDULING ORDER

Further to the parties' letter to the Court dated September 10, 2015, it is hereby ordered that all deadlines set forth in the Court's August 10, 2015 order shall be extended by 30 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Non-expert depositions** | September 14, 2015 | October 14, 2015 |
| **Further interrogatories, including expert interrogatories** | September 14, 2015 | October 14, 2015 |
| **Expert reports** | September 21, 2015 | October 21, 2015 |
| **Rebuttal expert reports** | September 24, 2015 | October 26, 2015 |
| **Expert depositions** | November 25, 2015 | December 28, 2015 |
| **All discovery shall be completed by** | November 25, 2015 | December 28, 2015 |
| **Case management conference** | December 11, 2015 at 11:00 a.m. | January 11, 2015 at 11:00 a.m. |

**SO ORDERED**

Dated:  September 14, 2015

_____
Hon. Edgardo Ramos

DM2\6121941.1