UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER,<br><br>            Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>            Defendant. | Case No.: 14 CV 6210<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC # _____<br>DATE FILED: 10/14/2015 |

### [PROPOSED] REVISED SCHEDULING ORDER

Further to the parties' letter to the Court dated October 12, 2015, it is hereby ordered that all deadlines set forth in the Court's September 14, 2015 order shall be extended by 30 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Non-expert depositions** | October 14, 2015 | November 13, 2015 |
| **Further interrogatories, including expert interrogatories** | October 14, 2015 | November 13, 2015 |
| **Expert reports** | October 21, 2015 | November 20, 2015 |
| **Rebuttal expert reports** | October 26, 2015 | November 25, 2015 |
| **Expert depositions** | December 28, 2015 | January 27, 2016 |
| **All discovery shall be completed by** | December 28, 2015 | January 27, 2016 |
| **Case management conference** | January 11, 2016 at 11:00 a.m. | February 10, 2016 at 10:30 a.m. |

**SO ORDERED**

Dated: October 14, 2015

                                                                        Hon. Edgardo Ramos

DM2\6234763.1