DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
CONOPCO, INC. d/b/a UNILEVER                    :
                                                :
                                                :   Civil Action No. 14-cv-06210
                               Plaintiff,       :
                  -against-                     :
                                                :
WELLS ENTERPRISES, INC.                         :
                                                :
                               Defendant.       :
                                                :
-------------------------------------------------------------X
```

## NOTICE OF DISMISSAL

Plaintiff, Conopco, Inc. d/b/a Unilever, by its attorneys, Duane Morris LLP, hereby

dismisses the above action, with prejudice and without costs against any party, pursuant

to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DUANE MORRIS LLP

By:_____
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Attorneys for Plaintiff*

SO ORDERED:

Dated:_____

                                     _____
                                     United States District Judge Edgardo

DM2\6326493.1